AUGUST NELDERT, Appellant, *v.* CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD COMPANY, Respondent.

First Department, November 12, 1915.

See head note in *Watson* v. *Chicago, Rock Island & Pacific R. R. Co* (*ante*, p. 663).

APPEAL by the plaintiff, August Neldert, from so much of an order and determination of the Appellate Term of the Supreme Court in favor of the defendant, entered in the office of the clerk of the county of New York on the 18th day of May, 1915, as reverses a judgment of the City Court of the City of New York in plaintiff's favor for $1,045 entered upon the verdict of a jury rendered by direction of the court and dismisses the complaint.

*Roger Foster*, attorney, for the appellant.

*Gervase Green* of counsel [*White & Case*, attorneys], for the respondent.

Second Department, October, 1915. [Vol. 169.

CLARKE, J.:

This is a similar suit to *Watson* v. *Chicago, Rock Island & Pacific R. R. Co.* (169 App. Div. 663). For the reason stated in the opinion therein the determination of the Appellate Term reversing the judgment of the City Court and dismissing the complaint should be affirmed, with costs and disbursements to the respondent.

INGRAHAM, P. J., LAUGHLIN, SCOTT and DOWLING, JJ., concurred.

Determination affirmed, with costs.